**Opinion filed August 6, 2026**



**In The**

# Eleventh Court of Appeals

_____

## No. 11-26-00215-CV

_____

## IN THE INTEREST OF E.D.K., D.L.K. II, B.L.H.R., AND R.R.R., CHILDREN

### On Appeal from the 106th District Court
### Gaines County, Texas
### Trial Court Cause No. 25-11-19676

## M E M O R A N D U M   O P I N I O N

Appellant filed a notice of appeal from the trial court's "Order on [Appellant's] Motion for Designation of Reporter's Record Pursuant to Tex. R. Civ. P. 145(i)." Appellant has now filed a motion to dismiss the appeal. In the motion, Appellant states that he intends to seek reconsideration of the order in the trial court, and he requests that we dismiss the appeal pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure. TEX. R. APP. P. 42.1(a)(1).

We grant Appellant's motion and dismiss this appeal.

W. BRUCE WILLIAMS
JUSTICE

August 6, 2026

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.